# EXHIBIT A

**IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA**

84 LUMBER COMPANY,

Plaintiff,

v.

MOLTENI GEORGETOWN, LLC, D/B/A MOLTENI & C,

Defendant.

CIVIL DIVISION

No.

**COMPLAINT**

Filed on behalf of Plaintiff

Counsel of Record for this Party:

Louis A. DePaul
PA I.D. No. 93823
ldepaul@eckertseamans.com

David G. Meredith
PA. I.D. No. 307466
dmeredith@eckertseamans.com

Eckert Seamans Cherin & Mellott, LLC
Firm No. 075
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

**JURY TRIAL DEMANDED**

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ David G. Meredith*

______________________________
David G. Meredith, Esq.

**IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| 84 LUMBER COMPANY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| MOLTENI GEORGETOWN, LLC, D/B/A MOLTENI & C, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE TO DEFEND

YOU HAVE BEEN SUED in court. IF YOU WISH TO DEFEND against the claims set forth in the following pages, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are WARNED that IF YOU FAIL TO DO SO, THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT may be entered against you by the court without further notice for any money claimed in the complaint or for any claim or relief requested by the plaintiff. YOU MAY LOSE MONEY OR PROPERTY or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.

<u>If you do not know a lawyer, contact</u>:
Lawyer Referral Service
119 South College Street
Washington, PA 15301
724.225.6710

<u>If you cannot afford a lawyer, contact</u>:
Southwestern Pennsylvania Legal Aid Society
10 West Cherry Avenue
Washington, PA 15301
724.225.6170

**IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| 84 LUMBER COMPANY | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| MOLTENI GEORGETOWN, LLC, D/B/A MOLTENI & C | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**COMPLAINT**

Plaintiff 84 Lumber Company ("Plaintiff" or "84 Lumber") files the following Complaint against Defendant Molteni Georgetown, LLC, d/b/a Molteni & C ("Defendant" or "Molteni").

1. This matter concerns Defendant Molteni's numerous misrepresentations regarding its design and construction capabilities and the quality of Molteni's products and services, and related failure to perform regarding two high-end residential construction projects.

2. 84 Lumber brings this action to protect its rights and recover damages caused by Molteni's numerous and repeated misrepresentations and failures to perform.

**PARTIES**

3. Plaintiff 84 Lumber Company is a domestic limited partnership with its principal place of business located at 1019 Rt 519, Building 8, Eighty-Four, Pennsylvania, 15440.

4. Defendant Molteni is a Washington, D.C. limited liability company existing under the laws of the District of Colombia, with its principal place of business located at 3306 M Street Northwest, Washington, DC 20007.

**JURISDICTION AND VENUE**

5. This action arises under the laws of the Commonwealth of Pennsylvania and is within the subject matter jurisdiction of this Court under 42 Pa.C.S. § 931.

6. This Court has personal jurisdiction over Molteni under 42 Pa.C.S. §§ 5301 and 5322, and venue is proper under Pa. R.C.P. 1006, because Molteni regularly conducts business in Washington County, and throughout Pennsylvania, and a substantial part of the events or omissions giving rise to the claims occurred in Washington County, Pennsylvania, including representations made by Molteni regarding its qualifications, the negotiation and execution of the parties' agreements, communications regarding Molteni's provision of materials and the progress of the installation work, payments requested by Molteni and made by 84 Lumber, and the resultant injury and damages suffered by 84 Lumber.

7. As set forth herein, as a result of, *inter alia*, Molteni's failure to comply with the Pennsylvania Home Improvement Consumer Protection Law (73 P.S. § 517.1 *et seq.*)("HICPA") and wrongful inducement of 84 Lumber to enter into the parties' agreement, the purchase orders regarding the at-issue work are unenforceable by Molteni, and Molteni is thus precluded from relying on any forum-selection clauses contained in those purchase orders.

**FACTUAL BACKGROUND**

8. 84 Lumber was authorized by the owner of two separate residential properties located at 136 Pearl Drive, Farmington, PA 15437 and 899 Denton Hollow Road, West Chester,

PA to undertake material, high-end renovation projects, including contracting for and purchasing the labor, materials, and supplies required for the renovations (the "Projects").

9. 84 Lumber intended for the work regarding the Projects to be conducted in accordance with the highest standards and quality.

10. Consistent with that intention, 84 Lumber sought to retain for the Projects contractors capable of delivering luxury construction and furnishings in a timely and professional manner.

11. Based on, *inter alia*, its literature and marketing, Molteni was identified as potentially capable of completing the Projects as intended.

12. Prior to retaining Molteni regarding the Projects, at Molteni's request, 84 Lumber met with Molteni on multiple occasions in New York, NY to discuss the Projects.

13. During those meetings, Molteni boasted regarding its top-notch and industry standard capabilities and repeatedly held itself out as a luxury brand providing top-of-the-line residential materials and installation services.

14. Consistent with the representations made during these meetings, Molteni's marketing materials are replete with express representations regarding Molteni's purported status as a top-of-the-line luxury brand purportedly committed to exceptional results.

15. Those representations include, *inter alia*, that:

- Molteni is "dedicated to crafting custom furnishings and interior solutions for the most exclusive properties in the world."
- Molteni "proudly possesses a vast portfolio of made-to measure projects carried out in collaboration with leading international architecture firms."
- "No matter the projects scope, [Molteni] commit[s] to ensuring a successful collaboration and exceptional results."
- Molteni possesses a "[m]agnificent obsession for quality every day and in every detail."

- Molteni has "excelled in presenting a range of products designed with constant dignity, guaranteed quality and a broad vision of the cultural context."
- "Molteni is the only internationally acknowledged Industrial Group with a great tradition, combining collaboration with the most important designers, and a constant investment in research and technological development in order to provide its products with a quality that lasts in time."

16. Molteni repeatedly and consistently represented that it was experienced in performing the scope of work required for the Projects, able to complete the Projects by the required completion dates in compliance with all applicable codes and industry standards, that all materials used for the Projects would be of the highest quality, and that the work regarding the Projects would be performed by exceptionally qualified personnel under strict supervision.

17. In reliance on Molteni's repeated representations that it could deliver the highest standard of quality and workmanship regarding the Projects, throughout 2024 and early 2025, 84 Lumber executed a series of purchase orders drafted and provided by Molteni to supply and install luxury cabinetry, fixtures, furniture, and other items for the Projects. True and correct copies of the purchase orders are attached as Exhibit A.

18. Molteni specified that the services and products it supplied would be free of defects in materials and workmanship.

19. However, the purchase orders drafted and provided by Molteni omitted terms required by Pennsylvania law, including a contractor registration number in Pennsylvania, the toll-free telephone number for the Bureau of Consumer Protection, the required notice of cancellation rights, and other required disclosures under the Pennsylvania Home Improvement Consumer Protection Law ("HICPA").

20. In early 2025, Molteni commenced its work on the Projects.

21. To ensure timely completion of the Projects and based on Molteni's representations, 84 Lumber made payments to Molteni.

22. Contrary to Molteni's prior representations, however, the materials and work provided by Molteni for the Projects were replete with defects and lacking in quality and workmanship.

23. The items of defective work and materials include, but are not limited to, the following:

- Non-functional LED lighting;
- Damaged marble slabs;
- Damaged bar shelves and panels;
- Improper installation of cabinetry;
- Improper installation of kitchen pocket doors;
- Exposed wiring;
- Defective drawers and cabinet doors;
- Malfunctioning kitchen exhaust; and
- Missing or unattached splines.

24. In addition, Molteni and its contractors did not timely and/or effectively communicate with 84 Lumber regarding, *inter alia*, the status of the Projects, materials provided and installed, and/or anticipated completion dates.

25. Despite repeated requests, Molteni failed to timely perform its obligations and has refused to correct the numerous items of defective work and materials supplied for the Projects.

26. Based on Molteni's refusal to timely perform and/or address the necessary tasks to complete the Projects, 84 Lumber proceeded to self-perform and/or retain replacement contractors to repair and replace Molteni's defective work and supplies.

27. 84 Lumber expects that the cost to repair and replace the defective work and materials provided by Molteni and the resultant available damages will far exceed any amounts currently withheld by 84 Lumber.

28. Given Molteni's repeated material misrepresentations and failure to adequately perform regarding the Projects, on or about December 17, 2025, 84 Lumber sent to Molteni a letter demanding that Molteni take responsibility for its misrepresentations and the damage inflicted on 84 Lumber as a result of Molteni's poor workmanship. A copy of that December 17, 2025, letter is attached as Exhibit B.

29. Molteni did not timely respond to the demand letter, giving 84 Lumber no choice but to assert this action to protect its rights.

## COUNT I
## BREACH OF CONTRACT

30. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

31. 84 Lumber and Molteni entered into an agreement regarding the Projects.

32. 84 Lumber fully performed, tendered performance, or was excused from further performance under the parties' agreement.

33. Molteni materially breached the parties' agreement by, *inter alia*, failing to perform work in a good and workmanlike manner, deviating from specifications, using improper and inferior materials and labor, delaying and failing to complete the Projects, and abandoning the Projects.

34. As a direct and proximate result of Molteni's breaches, 84 Lumber suffered damages in an amount to be proven at trial, including the reasonable cost to repair, remediate, and complete the work, payment for nonconforming work, consequential damages, and pre- and post-judgment interest.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant Molteni, in an amount in excess of $50,000, and that the Court award any other relief that the Court deems to be just and appropriate.

**COUNT II**
**BREACH OF IMPLIED WARRANTIES**

35. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

36. Molteni impliedly warranted that its work for the Projects would be performed in a workmanlike manner and fit for its intended purpose and that the materials it provided would be merchantable.

37. Molteni had a duty to ensure its work and the work of its subcontractors and suppliers was of good quality and free from defects.

38. Molteni was at all times aware of the particular and intended purpose of each Project.

39. 84 Lumber reasonably relied on Molteni to determine the appropriate means and methods for the timely completion of the Projects.

40. 84 Lumber repeatedly notified Molteni that the work and equipment supplied was not merchantable and was not fit for its intended purpose.

41. Molteni has failed and refused to repair or replace the defective work and materials.

42. Molteni breached the implied warranty of merchantability, the implied warranty of workmanship, and the implied warranty of fitness for a particular purpose by, *inter alia*, failing to repair or replace deficient work and defective materials.

43. Molteni's breach of implied warranties has caused 84 Lumber to suffer damages in an amount to be proven at trial, including the reasonable cost to repair, remediate, and complete the work, payment for nonconforming work, consequential damages, and pre- and post-judgment interest.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant Molteni, in an amount in excess of $50,000 and that the Court award any other relief that the Court deems to be just and appropriate.

## COUNT III
## NEGLIGENT MISREPRESENTATION

44. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

45. Molteni failed to exercise reasonable care when representing to 84 Lumber, *inter alia*, its qualifications, ability, and intent to timely and properly complete the Projects as well as the quality of the materials to be used.

46. Molteni intended that 84 Lumber rely on its representations to induce 84 Lumber to enter the parties' agreement regarding the Projects.

47. 84 Lumber justifiably relied upon Molteni's misrepresentations and omissions in entering into the parties' agreement regarding the Projects.

48. Molteni's negligent misrepresentations caused 84 Lumber to suffer damages in an amount to be proven at trial, including the reasonable cost to repair, remediate, and complete the

work, payment for nonconforming work, consequential damages, and pre- and post-judgment interest.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant Molteni, in an amount in excess of $50,000 and that the Court award any other relief that the Court deems to be just and appropriate.

**COUNT IV**
**FRAUD IN THE INDUCEMENT**

49. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

50. Prior to and at the time of contracting, Molteni repeatedly represented, *inter alia*, that it was a luxury brand and that the materials and services provided for the Projects would be of the utmost quality in the industry, and that it had the qualifications, ability, and intent to timely and properly complete the Projects.

51. Molteni's knowingly false representations regarding its qualifications, ability, and intent to timely and properly complete the Projects, as well as the quality of materials to be used, were false representations of material fact.

52. Upon information and belief, at the time Molteni made the above representations, it knew or recklessly disregarded that such statements were false or misleading, including that Molteni lacked the capacity and intent to timely complete the Projects as promised and that Molteni intended to use inferior materials as well as unsupervised and unqualified labor.

53. Molteni intended that 84 Lumber rely on those fraudulent representations to induce 84 Lumber to enter the parties' agreement regarding the Projects.

54. 84 Lumber justifiably relied upon Molteni's misrepresentations and omissions in entering into the agreement regarding the Projects.

55. Molteni's fraudulent inducement caused 84 Lumber to suffer damages in an amount to be proven at trial, including the reasonable cost to repair, remediate, and complete the work, payment for nonconforming work, consequential damages, and pre- and post-judgment interest.

56. Molteni's conduct was malicious, willful, wanton, and in reckless disregard of 84 Lumber's rights, thereby warranting the imposition of punitive damages in an amount to be determined.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant Molteni, in an amount in excess of $50,000, that the Court enter an award of attorney's fees and treble damages, and that the Court award any other relief that the Court deems to be just and appropriate.

**COUNT V**
**VIOLATION OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW (73 P.S. § 201-1 et seq.)**

57. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

58. 84 Lumber and Molteni are "persons" engaged in "trade" and "commerce" within the meaning of the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL").

59. The materials provided and services performed by Molteni were for personal, family and household purposes.

60. Molteni engaged in unfair methods of competition and unfair or deceptive acts or practices, including but not limited to, representing that services provided by Molteni had

characteristics, uses, or benefits they did not have, advertising goods or services with intent not to sell them as advertised, failing to comply with warranty or guarantee obligations, and engaging in fraudulent or deceptive conduct which creates a likelihood of confusion or misunderstanding in connection with the sale of home improvement services to 84 Lumber.

61. 84 Lumber justifiably relied on Molteni's deceptive and fraudulent conduct and suffered ascertainable loss of money and property as a result.

62. As a direct and proximate result of Molteni's violations of the UTPCPL, 84 Lumber is entitled to recover actual damages, treble damages, attorneys' fees, and costs, all in amounts to be determined at trial.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant, Molteni, in an amount in excess of $50,000, that the Court enter an award of attorney's fees and treble damages, and that the Court award any other relief that the Court deems to be just and appropriate.

**COUNT VI**
**VIOLATION OF THE PENNSYLVANIA HOME IMPROVEMENT CONSUMER PROTECTION LAW (73 P.S. § 517.1 et seq.)**

63. 84 Lumber incorporates by reference the foregoing paragraphs of its Complaint as if fully set forth herein.

64. Molteni was required to be registered as a home improvement contractor and to comply with HICPA in connection with the parties' agreement and the Projects.

65. Pursuant to Section 517.8(a)(1) of HICPA: "A person commits the offense of home improvement fraud if, with intent to defraud or injure anyone or with knowledge that he is facilitating a fraud or injury to be perpetrated by anyone, the actor: (1) makes a false or misleading statement to induce, encourage or solicit a person to enter into any written or oral

agreement for home improvement services or provision of home improvement materials or to justify an increase in the previously agreed upon price."

66. Molteni committed the offense of home improvement fraud by, *inter alia*, inducing 84 Lumber to enter the parties' agreement based on representations that it was a top-of-the-line luxury supplier and installer, experienced in performing the scope of work required for the Projects, able to complete the Projects by the required completion dates, that all materials used would be of the highest quality, and that the work would be performed by exceptionally qualified personnel under strict supervision.

67. Molteni further violated HICPA by, *inter alia*, performing or offering to perform home improvement services without proper registration, failing to include required terms and disclosures in the written purchase orders, misrepresenting its experience and ability to perform, and demanding or receiving payments in violation of statutory requirements.

68. Molteni also engaged in "prohibited acts" under HICPA by failing to register as a home improvement contractor, representing that the Projects were complete when they were not, abandoning the Projects without justification, and deviating from the required plans and specifications without a written change order.

69. Molteni's failure to comply with HICPA renders the purchase orders invalid and unenforceable against 84 Lumber.

70. A violation of HICPA is a violation of the UTPCPL.

71. Molteni's violations of HICPA, and consequently UTPCPL, caused 84 Lumber to suffer damages, including payments made for nonconforming services, remediation and completion costs, consequential damages, and other losses in an amount to be determined at trial.

72. 84 Lumber is entitled to all remedies available under HICPA and UTPCPL, including but not limited to actual damages, treble damages, attorneys' fees, interest and costs, all as permitted by law.

WHEREFORE, 84 Lumber demands that judgment be entered in its favor and against Defendant, Molteni, in an amount in excess of the arbitration limits, including:

a) Compensatory damages in an amount to be determined at trial, including the cost to repair, remediate, and complete the Projects, and the refund of amounts paid for defective or incomplete work;

b) Consequential and incidental damages in an amount to be determined at trial;

c) Treble damages under the UTPCPL, as permitted by law;

d) Punitive damages;

e) Attorneys' fees and costs as permitted by the UTPCPL, HICPA, and other applicable law;

f) Pre- and post-judgment interest at the legal rate; and

g) Rescission and/or equitable relief as permitted by law; and

h) Such other and further relief as the Court deems just and proper.

Date: January 2, 2026

Respectfully submitted,

*/s/ David G. Meredith*

David G. Meredith
Pa. I.D. No. 307466
dmeredith@eckertseamans.com

Louis A. DePaul
PA I.D. No. 93823
ldepaul@eckertseamans.com

Eckert Seamans Cherin & Mellott, LLC
Firm No. 075
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6056

*Attorneys for Plaintiff*

**VERIFICATION**

I, John Gallagher, am authorized to execute this verification on behalf of 84 Lumber Company and verify that the averments in the foregoing Complaint are true and correct to the best of my knowledge, information and belief, and further that these averments are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date: January 2, 2026

By: john gallagher
John Gallagher

# EXHIBIT A

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

### QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-01 | Document Date | 8/30/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 9/29/2024 |
| Bill To Name | TBD | Ship To Name | Gensler |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C KITCHEN | 1.00 | HELIOS - Outdoor Kitchen | $60,610.75 | 25.00% | $45,458.06 |
| GRILL | 1.00 | ZWILLING Flammkraft Model D<br>Built-in Gas Grill, silver<br>Rotisserie Accessory Included | $10,000.00 | | $10,000.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Wok | $450.00 | | $450.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Teppanyaki | $600.00 | | $600.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Pizza/Meat Stone | $500.00 | | $500.00 |
| Delivery & Installation | | | $9,902.60 | | $9,902.60 |

| Materials&Finishes |
|---|
| - INOX GRAPHITE STRUCTURE<br>- FERROVIA STEEL SIDES<br>- VULCANO CERAMIC DOORS<br>- VULCANO CERAMIC BACK<br>- VULCANO CERAMIC TOP H.80<br>+WATERPROOF COVER |

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

Materials&Finishes

- INOX GRAPHITE STRUCTURE
- FERROVIA STEEL SIDES
- VULCANO CERAMIC DOORS
- VULCANO CERAMIC BACK
- VULCANO CERAMIC TOP H.80
  +WATERPROOF COVER






Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN - GRILL ACCESSORIES



WOK



TEPPANYAKI



ROTISSERIE



PIZZA/MEAT STONE



## CONFIGURATIONS:







Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C KITCHEN | 1.00 | HELIOS - Outdoor Kitchen | $60,610.75 | 25.00% | $45,458.06 |
| GRILL | 1.00 | ZWILLING Flammkraft Model D Built-in Gas Grill, silver Rotisserie Accessory Included | $10,000.00 | | $10,000.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Wok | $450.00 | | $450.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Teppanyaki | $600.00 | | $600.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Pizza/Meat Stone | $500.00 | | $500.00 |
| Delivery & Installation | | | $9,902.60 | | $9,902.60 |

***Grill + Accessories INCLUDED***
****Ceramic INCLUDED***
*****Propane Gas Tank NOT INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% ($ 35,462.65)*
*Balance due upon arrival at Molteni Warehouse 50% ($ 35,462.65)*

**PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS**

| | |
|---|---|
| Subtotal | $82,063.35 |
| Discount Amount | $15,152.69 |
| Total Price | $66,910.66 |
| Tax | $4,014.64 |
| Grand Total | $70,925.30 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $70,925.30 |

## PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: ______________________________ DATE: ______/_____/__________

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS ____________

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS**: Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS**: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES**: Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: ______________________

Signature: ______________________

Date: ______________

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-01 | Document Date | 8/30/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 9/29/2024 |
| Bill To Name | TBD | Ship To Name | Gensler |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C KITCHEN | 1.00 | HELIOS - Outdoor Kitchen | $60,610.75 | 25.00% | $45,458.06 |
| GRILL | 1.00 | ZWILLING Flammkraft Model D<br>Built-in Gas Grill, silver<br>Rotisserie Accessory Included | $10,000.00 | | $10,000.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Wok | $450.00 | | $450.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Teppanyaki | $600.00 | | $600.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D<br>Pizza/Meat Stone | $500.00 | | $500.00 |
| Delivery & Installation | | | $9,902.60 | | $9,902.60 |

| Materials&Finishes |
|---|
| - INOX GRAPHITE STRUCTURE<br>- FERROVIA STEEL SIDES<br>- VULCANO CERAMIC DOORS<br>- VULCANO CERAMIC BACK<br>- VULCANO CERAMIC TOP H.80<br>+WATERPROOF COVER |

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

Materials&Finishes

- INOX GRAPHITE STRUCTURE
- FERROVIA STEEL SIDES
- VULCANO CERAMIC DOORS
- VULCANO CERAMIC BACK
- VULCANO CERAMIC TOP H.80
  +WATERPROOF COVER






Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN - GRILL ACCESSORIES



WOK



TEPPANYAKI



ROTISSERIE



PIZZA/MEAT STONE



## CONFIGURATIONS:







Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "HELIOS" OUTDOOR KITCHEN

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C KITCHEN | 1.00 | HELIOS - Outdoor Kitchen | $60,610.75 | 25.00% | $45,458.06 |
| GRILL | 1.00 | ZWILLING Flammkraft Model D Built-in Gas Grill, silver Rotisserie Accessory Included | $10,000.00 | | $10,000.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Wok | $450.00 | | $450.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Teppanyaki | $600.00 | | $600.00 |
| GRILL ACCESORY | 1.00 | ZWILLING Flammkraft Model D Pizza/Meat Stone | $500.00 | | $500.00 |
| Delivery & Installation | | | $9,902.60 | | $9,902.60 |

***Grill + Accessories INCLUDED***
****Ceramic INCLUDED***
*****Propane Gas Tank NOT INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% ($ 35,462.65)*
*Balance due upon arrival at Molteni Warehouse 50% ($ 35,462.65)*

**PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS**

| | |
|---|---|
| Subtotal | $82,063.35 |
| Discount Amount | $15,152.69 |
| Total Price | $66,910.66 |
| Tax | $4,014.64 |
| Grand Total | $70,925.30 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $70,925.30 |

PAYMENT INFORMATION

**BY CHECK:** PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: ______________________________ DATE: ______/_____/__________

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE**: all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES**: Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS**: Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS**: In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS ____________

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS**: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES**: Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: ______________________

Signature: ______________________

Date: ________________

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

## QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-04 | Document Date | 8/6/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 9/5/2024 |
| Bill To Name | Gensler | Ship To Name | Gensler |
| Bill To | TBD<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Dimensions | Sales Price | Amount |
|---|---|---|---|---|---|
| GAGGENAU | 2.00 | AD854041 - Air duct part | W H D | $89.00 | $178.00 |
| GAGGENAU | 2.00 | AD858010 - Air duct part | W H D | $199.00 | $398.00 |
| GAGGENAU | 2.00 | AR400742 - 400 series, Remote blower | W H D | $1,899.00 | $3,798.00 |
| MOLTENI&C | 2.00 | PIVOT SOCKET - MOLTENI&C | W H D | $1,289.00 | $2,578.00 |






**AR400742**
Inline blower



**AD858010**
Flat duct flex pipe DN150 Metal



**AD854041**
Flat duct adapter round DN150 Metal

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER

*Payment condition:*
*With order 100% (**$ 7,369.12**)*

| | |
|---|---|
| Subtotal | $6,952.00 |
| Discount Amount | $0.00 |
| Total Price | $6,952.00 |
| Tax | $417.12 |
| Grand Total | $7,369.12 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $7,369.12 |

## PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: ______________________________ DATE: ____/____/________

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

**"RATIO" KITCHEN MODEL**







Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-01 | Document Date | 6/7/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/7/2024 |
| Bill To Name | TBD | Ship To Name | TBD |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|
| Molteni&C KITCHEN | BASE UNITS + COLUMNS | $399,636.44 | 25.00% | $299,727.33 |
| Molteni&C KITCHEN | ISLAND WITH COOKTOP | $60,176.26 | 25.00% | $45,132.20 |
| Molteni&C KITCHEN | ISLAND WITH LOW TABLE | $111,797.02 | 25.00% | $83,847.77 |
| Molteni&C KITCHEN | SLIDING DOORS | $42,411.80 | 25.00% | $31,808.85 |
| Molteni&C KITCHEN | WET BAR | $44,842.23 | 25.00% | $33,631.67 |
| Molteni&C KITCHEN | DRAWERS ACCESSORIES | $10,146.77 | 25.00% | $7,610.08 |

**Materials&Finishes**

- TOBACCO OAK STRUCTURE
- COPPER MATT LACQ. BASE UNITS
- COFFEE OAK COLUMNS
- COFFEE OAK UPPER COLUMNS
- COFFEE OAK SIDE PANELS + FILLER
- ROSSO LEPANTO MARBLE TOP
- ROSSO LEPANTO MARBLE BACKSPLASH
- PEWTER HANDLE
- PEWTER SQUARE VERTICAL HANDLE
- PEWTER SKIRTHING
- COFFEE OAK SHELVES
- PEWTER WING LIGHTING BAR
- ALL BASE WITH LED
- COFFEE OAK STRIPE DOORS COLUMNS
- COFFEE OAK WITH CLEAR GLASS SLIDING DOORS
- WALNUT DRAWERS ACCESORIES

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## "RATIO" KITCHEN MODEL

| Product | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|
| Molteni&C KITCHEN | BASE UNITS + COLUMNS | $399,636.44 | 25.00% | $299,727.33 |
| Molteni&C KITCHEN | ISLAND WITH COOKTOP | $60,176.26 | 25.00% | $45,132.20 |
| Molteni&C KITCHEN | ISLAND WITH LOW TABLE | $111,797.02 | 25.00% | $83,847.77 |
| Molteni&C KITCHEN | SLIDING DOORS | $42,411.80 | 25.00% | $31,808.85 |
| Molteni&C KITCHEN | WET BAR | $44,842.23 | 25.00% | $33,631.67 |
| Molteni&C KITCHEN | DRAWERS ACCESSORIES | $10,146.77 | 25.00% | $7,610.08 |

*Appliances NOT INCLUDED*
***Stones INCLUDED*

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% ($ 290,046.18)*
*Balance due upon arrival at Molteni Warehouse 50% ($ 290,046.18)*

PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS

| | |
|---|---|
| Subtotal | $669,010.52 |
| Discount Amount | $167,252.63 |
| Total Price | $501,757.89 |
| Delivery and Installation | $59,650.00 |
| Tax | $33,684.47 |
| Grand Total | $595,092.36 |
| Total of Payments | $0.00 |
| Retainer Credit | ($15,000.00) |
| Balance Due | $580,092.36 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER WA-DS-00133-01 ON REMITTANCE****

SIGNATURE: [signature] DATE: 6/10/24

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES:** All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS:** Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE:** With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT:** Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY:** Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS MA

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. <u>CLAIMS</u>: Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. <u>INSTALLATION</u>: In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. <u>PHOTOGRAPHS</u>: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. <u>WARRANTIES</u>: Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. <u>APPLICABLE LAW AND FORUM</u>: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Margaret Hardy

Signature: [signature]

Date: 6/10/24

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## KITCHEN AIRFREIGHT

### QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-02 | Document Date | 6/7/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/7/2024 |

| | | | |
|---|---|---|---|
| Bill To Name | TBD | Ship To Name | TBD |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| Delivery | 1.00 | Airfreight: Kitchen cabinets + Sliding Doors + Stones | $110,737.62 | $110,737.62 |

| | |
|---|---|
| Subtotal | $110,737.62 |
| Discount Amount | $0.00 |
| Total Price | $110,737.62 |
| Tax | $6,644.26 |
| Grand Total | $117,381.88 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $117,381.88 |

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER

*Payment condition:*
*With order 100% ($ 117,381.88)*

### PAYMENT INFORMATION

**BY CHECK:** PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: [signature] DATE: 6/10/24

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

"RATIO" KITCHEN MODEL







Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

**QUOTE**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-01 | Document Date | 6/7/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/7/2024 |
| Bill To Name | TBD | Ship To Name | TBD |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|
| Molteni&C KITCHEN | BASE UNITS + COLUMNS | $399,636.44 | 25.00% | $299,727.33 |
| Molteni&C KITCHEN | ISLAND WITH COOKTOP | $60,176.26 | 25.00% | $45,132.20 |
| Molteni&C KITCHEN | ISLAND WITH LOW TABLE | $111,797.02 | 25.00% | $83,847.77 |
| Molteni&C KITCHEN | SLIDING DOORS | $42,411.80 | 25.00% | $31,808.85 |
| Molteni&C KITCHEN | WET BAR | $44,842.23 | 25.00% | $33,631.67 |
| Molteni&C KITCHEN | DRAWERS ACCESSORIES | $10,146.77 | 25.00% | $7,610.08 |

Materials&Finishes

- TOBACCO OAK STRUCTURE
- COPPER MATT LACQ. BASE UNITS
- COFFEE OAK COLUMNS
- COFFEE OAK UPPER COLUMNS
- COFFEE OAK SIDE PANELS + FILLER
- ROSSO LEPANTO MARBLE TOP
- ROSSO LEPANTO MARBLE BACKSPLASH
- PEWTER HANDLE
- PEWTER SQUARE VERTICAL HANDLE
- PEWTER SKIRTHING
- COFFEE OAK SHELVES
- PEWTER WING LIGHTING BAR
- ALL BASE WITH LED
- COFFEE OAK STRIPE DOORS COLUMNS
- COFFEE OAK WITH CLEAR GLASS SLIDING DOORS
- WALNUT DRAWERS ACCESORIES

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

**"RATIO" KITCHEN MODEL**

| Product | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|
| Molteni&C KITCHEN | BASE UNITS + COLUMNS | $399,636.44 | 25.00% | $299,727.33 |
| Molteni&C KITCHEN | ISLAND WITH COOKTOP | $60,176.26 | 25.00% | $45,132.20 |
| Molteni&C KITCHEN | ISLAND WITH LOW TABLE | $111,797.02 | 25.00% | $83,847.77 |
| Molteni&C KITCHEN | SLIDING DOORS | $42,411.80 | 25.00% | $31,808.85 |
| Molteni&C KITCHEN | WET BAR | $44,842.23 | 25.00% | $33,631.67 |
| Molteni&C KITCHEN | DRAWERS ACCESSORIES | $10,146.77 | 25.00% | $7,610.08 |

***Appliances NOT INCLUDED***
****Stones INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% ($ 290,046.18)*
*Balance due upon arrival at Molteni Warehouse 50% ($ 290,046.18)*

**PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS**

| | |
|---|---|
| Subtotal | $669,010.52 |
| Discount Amount | $167,252.63 |
| Total Price | $501,757.89 |
| Delivery and Installation | $59,650.00 |
| Tax | $33,684.47 |
| Grand Total | $595,092.36 |
| Total of Payments | $0.00 |
| Retainer Credit | ($15,000.00) |
| Balance Due | $580,092.36 |

**PAYMENT INFORMATION**

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER WA-DS-00133-01 ON REMITTANCE****

SIGNATURE: [signature] DATE: 6/10/24

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES:** All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS:** Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE:** With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT:** Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY:** Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS MA

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS**: Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION**: In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS**: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES**: Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Margaret Hardy

Signature: [illegible]

Date: 6/10/24

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## KITCHEN APPLIANCES

### QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00133-03 | Document Date | 6/9/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/9/2024 |
| Bill To Name | TBD | Ship To Name | TBD |
| Bill To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| DISHWASHER | 2.00 | GAGGENAU : DF 480 401 F<br>400 SERIES FULLY INTEGRATED PUSH-TO-OPEN BACKLIT DISHWASHER (FLEX HINGE) | $3,199.00 | $6,398.00 |
| FREEZER | 1.00 | GAGGENAU : RF 461 705<br>24" VARIO 400 SERIES FREEZER COLUMN left hinged | $8,999.00 | $8,999.00 |
| FRIDGE | 1.00 | GAGGENAU : RF 491 705<br>36" VARIO 400 SERIES FRIDGE COLUMN right hinged | $10,099.00 | $10,099.00 |
| OVENS | 1.00 | GAGGENAU : BX 480 612<br>30" 400 series double oven right hinged | $12,999.00 | $12,999.00 |
| MICROWAVE | 1.00 | GAGGENAU : MW 420 620<br>24" MICROWAVE DRAWER | $1,999.00 | $1,999.00 |
| WARMING DRW. | 1.00 | GAGGENAU : WS 463 710<br>24" WARMING DRAWER | $2,399.00 | $2,399.00 |
| COOKTOP<br>+<br>HOOD | 1.00 | GAGGENAU :<br>VG425211CA gas<br>VL414712 hood<br>VG415211CA gas wok<br>VL414712 hood<br>VP414611 teppan yaki<br>(LP gas, add LP kit (part #10004446)) | $13,697.00 | $13,697.00 |
| WINE COOLER | 2.00 | SUBZERO : DEU2450W/ADA/L<br>24" DESIGNER UNDERCOUNTER ADA HEIGHT WINE STORAGE - PANEL READY LEFT HINGED | $3,189.00 | $6,378.00 |
| ICE MAKER | 2.00 | SUBZERO : UC-15IP<br>15" ICE MAKER WITH PUMP - PANEL READY | $4,739.00 | $9,478.00 |
| FAUCET | 2.00 | FANTINI: 53P5R051<br>MATT GUN METAL PVD<br>SINK MIXER | $3,376.00 | $6,752.00 |
| GLASS RINSER | 1.00 | Glass Rinser Tray Undercounter Mount | $112.30 | $112.30 |
| FOOD WASTE DISPOSAL | 1.00 | BLANCO: Food Waste Disposal<br>FWD Max + AirSwitch Matt Black | $1,116.30 | $1,116.30 |

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

**KITCHEN APPLIANCES**

| | |
|---|---|
| Subtotal | $80,426.60 |
| Discount Amount | $0.00 |
| Total Price | $80,426.60 |
| Tax | $4,825.60 |
| Grand Total | $85,252.20 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $85,252.20 |

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER

*Payment condition:*
*With order 100% ($ 85,252.20)*

**PAYMENT INFORMATION**

**BY CHECK:** PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: [signature] DATE: 6.10.24

**ORDERS ARE** NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.
**CLIENT TO VERIFY** ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES:** All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS:** Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE:** With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT:** Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY:** Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS MAA

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Margaret Hardy

Signature: [signature]

Date: 6/10/24

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00148-01 | Document Date | 6/24/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/23/2024 |
| Bill To Name | Gensler | Ship To Name | Gensler |
| Bill To | TBD<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| DADA KITCHEN | 1.00 | GUEST BATHROOM cabinets + marbles // Floor 01 | $49,067.40 | 25.00% | $36,800.55 |
| DADA KITCHEN | 1.00 | MASTER BATHROOM cabinets + marbles // Floor 02 | $175,379.13 | 25.00% | $131,534.35 |
| DADA KITCHEN | 1.00 | POWDER BATHROOM cabinets + marbles // Floor 02 | $68,709.20 | 25.00% | $51,531.90 |
| DADA KITCHEN | 1.00 | FANTINI FAUCET_WALL MOUNTED // GUEST BATHROOM<br>Matte Gun Metal PVD<br>50 P5 E812BU + 44 00 M011AU | $2,327.00 | | $2,327.00 |
| DADA KITCHEN | 3.00 | FANTINI FAUCET_DECK MOUNTED // MASTER BATHROOM + CLOSET POWDER ROOM<br>Matte Gun Metal PVD<br>PVD 50 P5 E895U + 50 P5 Z346U | $2,066.00 | | $6,198.00 |
| DADA KITCHEN | 4.00 | FANTINI FAUCET_PUSH-UP DRAIN<br>Matte Gun Metal PVD<br>91 P5 W095U | $341.00 | | $1,364.00 |
| DADA KITCHEN | 4.00 | FANTINI TOILET SOAP DISPENSER // MASTER BATHROOM + CLOSET POWDER ROOM + GUEST BATHROOM Matte Gun Metal PVD 96 P5 7671 | $1,015.00 | | $4,060.00 |
| DADA KITCHEN | 1.00 | FANTINI FAUCET_WALL MOUNTED // POWDER ROOM Matte Gun Metal PVD 50 P5 E812BU + 44 00 M011AU | $1,986.00 | | $1,986.00 |
| DADA KITCHEN | 1.00 | FANTINI SHOWER HEAD // GUEST BATHROOM Matte Gun Metal PVD 86P58146U | $1,812.00 | | $1,812.00 |
| DADA KITCHEN | 3.00 | FANTINI 10" Ceiling-mount shower arm // MASTER BATHROOM + GUEST BATHROOM Matte Gun Metal PVD 86 P5 9236U | $348.00 | | $1,044.00 |
| DADA KITCHEN | 2.00 | FANTINI FAUCET_SHOWER HEAD // MASTER BATHROOM Matte Gun Metal PVD 79 P5 K073U | $3,253.00 | | $6,506.00 |

SIGNATURE: ______________________________ DATE: ____/____/________

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**GUEST BATHROOM // FLOOR 01**
**MASTER BATHROOM // FLOOR 02**
**CLOSET POWDER ROOM // FLOOR 02**

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

## BATHROOMS AIRFREIGHT

### QUOTE

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00148-02 | Document Date | 6/24/2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/23/2024 |
| Bill To Name | Gensler | Ship To Name | Gensler |
| Bill To | TBD<br>West Chester, PA 19388<br>US | Ship To | 899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 100% payment due prior to delivery/pick up | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| Delivery | 1.00 | Air Freight - Bathrooms | $41,632.00 | $41,632.00 |

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER

*Payment condition:*
*With order 100% ($ **44,129.92**)*

| | |
|---|---|
| Subtotal | $41,632.00 |
| Discount Amount | $0.00 |
| Total Price | $41,632.00 |
| Tax | $2,497.92 |
| Grand Total | $44,129.92 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $44,129.92 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 06 / 26 / 2024

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

QUOTE

| | | | | | |
|---|---|---|---|---|---|
| FANTINI | 1.00 | FANTINI FAUCET WALL MOUNT TUB // GUEST BATHROOM Matte Gun Metal PVD 50 P5 Z334U | $495.00 | | $495.00 |
| FANTINI | 1.00 | FANTINI TOILET 12" TOWEL BAR // GUEST BATHROOM Matte Gun Metal PVD 93 P5 H806 | $1,246.00 | | $1,246.00 |
| FANTINI | 3.00 | FANTINI Wall-mount handshower set // MASTER BATHROOM + GUEST BATHROOM Matte Gun Metal PVD 86P58093U | $581.00 | | $1,743.00 |
| FANTINI | 9.00 | FANTINI Built-in shower mixer // MASTER BATHROOM + GUEST BATHROOM Matte Gun Metal PVD 27P5A763BU+4400A763AU | $1,148.00 | | $10,332.00 |
| FANTINI | 3.00 | FANTINI TOILET PAPER HOLDER // MASTER BATHROOM + CLOSET POWDER ROOM+ GUEST BATHROOM Matte Gun Metal PVD 93 P5 H845 | $686.00 | | $2,058.00 |
| FANTINI | 1.00 | FANTINI TOILET 24" TOWEL BAR // GUEST BATHROOM Matte Gun Metal PVD 93 P5 H807 | $1,315.00 | | $1,315.00 |
| FANTINI | 2.00 | FANTINI HOOK // GUEST BATHROOM Matte Gun Metal PVD 93 P5 H808 | $524.00 | | $1,048.00 |
| FANTINI | 4.00 | FANTINI FAUCET_in-wall body spray // MASTER BATHROOM Matte Gun Metal PVD 86P58034BU+86008034AU | $1,275.00 | | $5,100.00 |

***Stones INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% (**$ 155,610.02**)*
*Balance due upon arrival at Molteni Warehouse 50% (**$ 155,610.02**)*

***PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS**
****FIXTURES INSTALLATION OPERATED BY OTHERS**

| | |
|---|---|
| Subtotal | $341,789.73 |
| Discount Amount | $73,288.93 |
| Total Price | $268,500.80 |
| Delivery and Installation | $29,285.00 |
| Tax | $17,867.15 |
| Grand Total | $315,652.95 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $315,652.95 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glamba DATE: 06 / 26 / 2024

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

GLISS MASTER// CLOSETS



Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

**QUOTE**

| | | | |
|---|---|---|---|
| Quote No. | WA-MS-00134-01 | Document Date | 6/15//2024 |
| Salesperson | Eugenio Gelao | Expiration Date | 7/14//2024 |
| Bill To Name | Gensler | Ship To Name | Gensler |
| Bill To | TBD<br>West Chester, PA 19388<br>US | Ship To | TBD<br>899 Denton Hollow Road<br>West Chester, PA 19382<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | TBD | | |
| E-mail | nazanin_izadi@gensler.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C_Closet | 1.00 | FLOOR 01 // ENTRY CLOSET | $14,950.00 | 25.00% | $11,212.50 |
| Molteni&C_Closet | 1.00 | FLOOR 01 // GUEST BEDROOM CLOSET | $28,430.00 | 25.00% | $21,322.50 |
| Molteni&C_Closet | 1.00 | FLOOR 01 // HALLWAY CLOSET | $25,670.00 | 25.00% | $19,252.50 |
| Molteni&C_Closet | 1.00 | FLOOR 02 // MASTER BEDROOM WALK-IN CLOSET | $233,273.00 | 25.00% | $174,954.75 |
| Molteni&C_Closet | 1.00 | FLOOR 03 // ATTIC WALK-IN CLOSET | $275,047.10 | 25.00% | $206,285.33 |

| Materials&Finishes |
|---|
| - AS PER DRAWINGS |

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## GLISS MASTER// CLOSETS

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| Molteni&C_Closet | 1.00 | FLOOR 01 // ENTRY CLOSET | $23,283.00 | 25.00% | $17,462.25 |
| Molteni&C_Closet | 1.00 | FLOOR 01 // GUEST BEDROOM CLOSET | $33,763.00 | 25.00% | $25,322.25 |
| Molteni&C_Closet | 1.00 | FLOOR 01 // HALLWAY CLOSET | $34,003.00 | 25.00% | $25,502.25 |
| Molteni&C_Closet | 1.00 | FLOOR 02 // MASTER BEDROOM WALK-IN CLOSET | $241,473.00 | 25.00% | $181,104.75 |
| Molteni&C_Closet | 1.00 | FLOOR 03 // ATTIC WALK-IN CLOSET | $277,239.00 | 25.00% | $207,929.25 |

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% (**$ 277,697.08**)*
*Balance due upon arrival at Molteni Warehouse 50% (**$ 277,697.08**)*

| | |
|---|---|
| Subtotal | $609,761.00 |
| Discount Amount | $152,440.25 |
| Total Price | $457,320.75 |
| Delivery and Installation | $66,636.00 |
| Tax | $31,437.41 |
| Grand Total | $555,394.16 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $555,394.16 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER WA-MS-00134-01 ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 06 / 26 / 2024

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES**: Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name:

Signature: Deja Glemba

Date: 6/26/24

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448 Email:
infodc@moltenidada.com

**RETAINER AGREEMENT**

**Date**
05.20.2024

**Project**
PENNSYLVANIA
KITCHEN + WALK-IN CLOSET

**Order #**
WA-DS-00133-01 + WA-MS-00134-01

**Contact**
Nazanin Izadi // Nazanin_Izadi@gensler.com
Nestor Santa-Cruz // Nestor_Santa-Cruz@gensler.com

**Company**
GENSLER

**Phone**
+1 202.721.6429

**Sales Representative**
Eugenio Gelao

Client agrees to pay **$15,000.00** for the design of the following spaces:
- KITCHEN AREA
- WALK-IN CLOSET

For the fee as set forth, Unifor Inc. d/b/a/ Molteni&C – Dada will create a design and layout for the client based upon their desires and needs within the available space. It is understood that the original drawings and design will remain the property of Unifor Inc. d/b/a Molteni&C - Dada.
The Retainer shall be earned by Unifor Inc. d/b/a Molteni&C - Dada upon delivery of the drawings and design. The Client is not obligated to purchase cabinetry and/or loose furniture from Unifor Inc. d/b/a Molteni&C – Dada, however, if the Client and Unifor Inc. d/b/a Molteni&C - Dada enter into a Purchase Agreement for the project, the Retainer shall be applied as a credit to the Purchase Agreement. The retainer is not refundable should the client decide not to proceed with the order.
Official offers for additional services or adjustments to the project scope will be reviewed every 8 months from the date of signing this agreement. The Sales Representative reserves the right to update pricing lists periodically to reflect changes in market conditions, material costs, or other relevant factors. Any changes to pricing will be communicated to the Client.
This agreement constitutes the entire understanding between the parties and supersedes all prior agreements, whether written or oral.
Both parties hereby acknowledge that they have read and understood the terms of this agreement and agree to be bound by them.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## RETAINER AGREEMENT

**Date**
05.20.2024

**Project**
PENNSYLVANIA
KITCHEN + WALK-IN CLOSET

**Order #**
WA-DS-00133-01 + WA-MS-00134-01

**Contact**
Nazanin Izadi // Nazanin_Izadi@gensler.com
Nestor Santa-Cruz // Nestor_Santa-Cruz@gensler.com

**Company**
GENSLER

**Phone**
+1 202.721.6429

**Sales Representative**
Eugenio Gelao

Client agrees to pay **$15,000.00** for the design of the following spaces:
- KITCHEN AREA
- WALK-IN CLOSET

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: UNIFOR INC. d/b/a MOLTENI & C - DADA.

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

ACCEPTED BY: .................................................................................. DATE:
(Purchaser or Agent)

ACCEPTED BY: .................................................................................. DATE:
(Unifor Inc. d/b/a Molteni&C - Dada)

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // GARAGE - Kitchen + Bathroom + Panels&Doors**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-03 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| MOLTENI&C Kitchen | 1.00 | BAR<br>- Cabinets<br>- LED lights<br>- Titan Travertine Marble Backsplash<br>- Titan Travertine Marble Countertop<br>- Titan Travertine Marble Top<br>- Titan Travertine Marble Sink | $201,367.00 | 25.00% | $151,025.25 |
| MOLTENI&C Bathroom | 1.00 | BATHROOM VANITY 02<br>- Cabinet<br>- LED lights<br>- Titan Travertine Marble Sink<br>- Titan Travertine Marble Backsplash<br>- Mirror with Pewter Frame | $71,932.40 | 25.00% | $53,949.30 |
| MOLTENI&C Panels&Doors System | 1.00 | ARIAL Panels&Doors System<br>- Hybrid Slate Lacquer Fixed Panels<br>- Hybrid Slate Lacquer Full Height Doors with integrated "Superquadro" Handles with latch<br>- Vetrical&Horizontal Pewter Trims | $210,505.28 | 25.00% | $157,878.96 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // GARAGE - Kitchen + Bathroom + Panels&Doors**

**Appliances NOT INCLUDED*
**Delivery&Installation NOT INCLUDED*
*****Stones INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% (**$ 192,312.36**)*
*Balance due upon arrival at Molteni Warehouse 50% (**$ 192,312.36**)*

PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS

| | |
|---|---|
| Subtotal | $483,804.68 |
| Discount Amount | $120,951.17 |
| Total Price | $362,853.51 |
| Tax | $21,771.21 |
| Grand Total | $384,624.72 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $384,624.72 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS**: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES**: Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer Deja Glemba

Print Name: ____________________

Signature: *Deja Glemba*

Date: 01/27/2025

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // Lights Fixtures: Apartment - Garage - Speakeasy - Bathroom 01**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-09 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| **APARTMENT** LIVING ROOM | 1.00 | TMM Floor Lamp by Santa & Cole<br>Item #: R606379<br>Shade Color :White<br>Finish:Walnut<br>MPN: TMMSA08UL | $1,771.20 | $1,771.20 |
| **APARTMENT** BEDROOM | 2.00 | Disc and Sphere glass by Atelier Areti<br>Wall light / Cone attachment<br>Glass 07 (red+white attachment)<br>514OL-W07-ME01 | $1,670.00 | $3,340.00 |
| **APARTMENT** BATHROOM | 1.00 | Hyazinte by Atelier Areti<br>Wall light / 3 globes<br>Burnished Aluminum<br>573OL-W01-NI01 | $3,310.00 | $3,310.00 |
| **APARTMENT** DINING TABLE | 1.00 | Kitami Pendant by Venicem<br>Item #: SP-VCM 15<br>Finish : Matte Black Nickel<br>Size: Medium<br>MPN: 004S2M07S.UL TRIAC | $6,780.00 | $6,780.00 |
| **APARTMENT** HALLWAY | | Cirque Floor To Ceiling Column by Giopato&Coombes<br>1x CQFCCM120_Blackened Brass<br>1x CQFCCM90_Blackened Brass<br>1x CQFCCM40_Blackened Brass<br>3x Canopy D95 - Blackened Brass<br>3x Phase cut Built-in Driver (to be confirmed) | $11,510.74 | $11,510.74 |
| **APARTMENT** BEDROOM | 1.00 | Optical Floor Lamp by Venicem<br>Item #: SP-VCM 16<br>Finish : Dark Burnished Brass<br>Glass: Crystal Trihedron<br>MPN: 024F1M12C.UL | $3,889.50 | $3,889.50 |
| **APARTMENT** BEDROOM | 1.00 | Optical Suspension 1 Vertical by Venicem<br>Item #: SP-VCM 17<br>Finish : Dark Burnished Brass<br>Glass: Crystal Trihedron<br>MPN: 024S4M12C.UL TRIAC | $3,358.80 | $3,358.80 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS. CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**

ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // Lights Fixtures: Apartment - Garage - Speakeasy - Bathroom 01**

| | | | | |
|---|---|---|---|---|
| **GARAGE** | 1.00 | MilkyWayFloortoCeilingColumn-NAbyGiopato&Coombes<br>MWFCCM-ABK04B-BK200BP<br>50006571<br>BlackenedBrass<br>GreenAlpineMarbleBase | $15,238.00 | $15,238.00 |
| **SPEAKEASY** | 2.00 | Press LED Wall Sconce by Tom Dixon<br>Item #: TDX2527262<br>Size: Medium<br>MPN: PRS12CLUL | $600.00 | $1,200.00 |
| Delivery | 1.00 | Delivery | $1,953.00 | $1,953.00 |

SIGNATURE: Deja Glamba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // Lights Fixtures: Apartment - Garage - Speakeasy - Bathroom 01**

***ELECTRICAL CONNECTIONS&INSTALLATION***
***OPERATED BY OTHERS***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 100% (**$ 55,856.01**)*

| | |
|---|---|
| Subtotal | $52,694.35 |
| Discount Amount | $0.00 |
| Total Price | $52,694.35 |
| Tax | $3,161.66 |
| Grand Total | $55,856.01 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $55,856.01 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glamba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

## TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT & GARAGE - Loose Furniture**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-02 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| **APARTMENT**<br>DINING CHAIR | 6.00 | PORTAVOLTA CHAIR<br>PSE1+PSI1<br>Black Oak Structure<br>Leather Siria S1220 | $4,205.00 | 25.00% | $18,922.50 |
| **APARTMENT**<br>DINING TABLE | 1.00 | ASTERIAS DINING TABLE<br>ATA12 with Lazy Susan<br>Sunrise Oak | $15,225.00 | 25.00% | $11,418.75 |
| **APARTMENT**<br>STOOL | 3.00 | DEVON STOOL<br>DSG2<br>Black Oak Strucutre<br>KOLO KI113 | $3,125.00 | 25.00% | $7,031.25 |
| **APARTMENT**<br>BOOKSHELF | 2.00 | BOOKSHELF<br>MHC.2/4<br>American Walnut Structure | $6,820.00 | 25.00% | $10,230.00 |
| **APARTMENT**<br>ARMCHAIR | 1.00 | G. PONTI ARMCHAIR<br>D.154.2 indoor<br>WEB W6242 | $7,770.00 | 25.00% | $5,827.50 |
| **APARTMENT**<br>SMALL TABLE | 1.00 | REGENT SMALL TABLE<br>RTR11<br>Burnished Metal Base<br>Matt Lava Stone Top | $1,945.00 | 25.00% | $1,458.75 |
| **APARTMENT**<br>DINING TABLE | 1.00 | CLEO SOFA<br>SCC14SX + STR18DX<br>N.5 CCS55<br>N.1 CCS75<br>N.4 CCS45<br>Back Leather Siria S1220<br>Cushions WILLIAM WI211 | $34,095.00 | 25.00% | $25,571.25 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS. CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**

ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT & GARAGE - Loose Furniture**

| | | | | | |
|---|---|---|---|---|---|
| **APARTMENT**<br>SMALL TABLE | 2.00 | ASTER SMALL TABLE<br>ATV40<br>Painted Black Structure<br>Green Glass Top | $4,980.00 | 25.00% | $7,470.00 |
| **APARTMENT**<br>SMALL TABLE | 1.00 | ASTER SMALL TABLE<br>ATV50<br>Painted Black Structure<br>Green Glass Top | $5,200.00 | 25.00% | $3,900.00 |
| **APARTMENT**<br>RUG | 1.00 | VIBRAZIONI RUG<br>3800X2800<br>ICE COLOR | $12,662.00 | 25.00% | $9,496.50 |
| **APARTMENT**<br>BED STRUCTURE<br>**mattress not included* | 1.00 | OVIDIO BED<br>OLEKS with Slats<br>Inserts: Leather Utopia UL147<br>Structure: Leather Utopia UL147 | $20,735.00 | 25.00% | $15,551.25 |
| **APARTMENT**<br>SMALL TABLE | 2.00 | FONTE SMALL TABLES<br>FTV1<br>Coffee Oak Structure<br>Coffee Oak Top | $3,660.00 | 25.00% | $5,490.00 |
| **APARTMENT**<br>SMALL TABLE | 1.00 | FONTE SMALL TABLES<br>FTV2<br>Coffee Oak Structure<br>Matt Emperador Dark Top | $2,805.00 | 25.00% | $2,103.75 |
| **APARTMENT**<br>SMALL SOFA | 1.00 | G. Ponti Sofa - Due Foglie<br>D.157.6<br>Stainless Steel Base<br>Fabric Zago ZI410 | $9,455.00 | 25.00% | $7,091.25 |
| **APARTMENT**<br>DESK | 1.00 | G. Ponti Desk<br>D.847.1<br>Brass Feet<br>American Walnut Structure | $7,545.00 | 25.00% | $5,658.75 |
| **APARTMENT**<br>DESK CHAIR | 1.00 | GLOVE UP CHAIR<br>GSD1<br>WEB W6221 | $1,805.00 | 25.00% | $1,353.75 |
| **APARTMENT**<br>RUG | 1.00 | STRIPE RUG<br>5500X3000<br>CREAM GREY COLOR | $23,430.00 | 25.00% | $17,572.50 |
| **APARTMENT**<br>BOOKSHELF SYSTEM | 1.00 | HECTOR SYSTEM<br>Ceiling Fixed H.2451mm<br>- Pewter Poles<br>- Glass Shelves with Pewter Frame<br>- TV Bracket Accessory<br>- Electrified Poles<br>- Remote Control | $22,920.00 | 25.00% | $17,190.00 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT & GARAGE - Loose Furniture**

| | | | | | |
|---|---|---|---|---|---|
| **APARTMENT** CLOSET | 1.00 | MASTER DRESSING<br>- Pearl Matt Lacquer Backs<br>- Pearl Matt Lacquer Chest of drw with Glass Drawers + "HOLD" Pewter Handle & Ecoskin Bottom<br>- Pearl Matt Lacq. Shelves with Pewter Brackets<br>- Pewter Clothes Rails<br>- LED Light on all the shelves and top controlled by switch on the wall | $11,695.00 | 25.00% | $8,771.25 |
| **APARTMENT** MIRROR | 1.00 | HECTOR MIRROR<br>SPE07/19 - wall mounting<br>Pewter Frame | $1,835.00 | 25.00% | $1,376.25 |
| **GARAGE** STOOL | 2.00 | DEVON STOOL<br>DSG2<br>Black Oak Strucutre<br>Leather SIRIA S1291 | $3,830.00 | 25.00% | $5,745.00 |
| **GARAGE** ARMCHAIR | 2.00 | G. PONTI ARMCHAIR<br>D.154.5<br>Brass Legs<br>KAOS K21 | $6,365.00 | 25.00% | $9,547.50 |
| **GARAGE** SMALL TABLE | 1.00 | LOUISA SMALL TABLE<br>LTV1<br>Ash Grey Cement | $2,700.00 | 25.00% | $2,025.00 |
| **GARAGE** SMALL TABLE | 1.00 | LOUISA SMALL TABLE<br>LTV2<br>Ash Grey Cement | $2,780.00 | 25.00% | $2,085.00 |

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT & GARAGE - Loose Furniture**

**Delivery&Installation NOT INCLUDED*

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% ($ 107,530.51)*
*Balance due upon arrival at Molteni Warehouse 50% ($ 107,530.51)*

| | |
|---|---|
| Subtotal | $270,517.00 |
| Discount Amount | $67,629.25 |
| Total Price | $202,887.75 |
| Tax | $12,173.27 |
| Grand Total | $215,061.02 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $215,061.02 |

PAYMENT INFORMATION

**BY CHECK:** PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glamba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE**: all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES**: Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS**: Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS**: In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APPLIANCES: Apartment - Garage - Speakeasy**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-07 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| **APARTMENT** DISHWASHER | 1.00 | GAGGENAU - DF480701F<br>400 Series 24" dishwasher, push-to-open, flexible hinge, euro tub ADA | $3,599.00 | $3,599.00 |
| **APARTMENT** OVEN | 1.00 | GAGGENAU - BO481613<br>400 Series 30" single oven, stainless steel, left-hinge | $9,399.00 | $9,399.00 |
| **APARTMENT** SPEED-MICROW. | 1.00 | GAGGENAU - BM485710<br>30" speed microwave oven, TFT display. left-hinged | $6,699.00 | $6,699.00 |
| **APARTMENT** FRIDGE/FREEZER | 1.00 | GAGGENAU - RVB477790<br>30" Two-door fridge-freezer combination, dark brushed stainless steel interior | $13,999.00 | $13,999.00 |
| **APARTMENT** COOKTOP + INT. HOOD | 1.00 | GAGGENAU<br>(2) VI422613 - 400 Series 15" Vario Induction Cooktop, 1 Flex Induction Zone,Home Connect<br>(2) VA420004 - 400 series cooktop flush mounting invisible connecting st<br>(1) VL414712 – 400 series downdr<br>(1) AR410710 - 400 Series recirculation blower for downdr<br>(1) AD410040 - flexible connecting pi | $13,533.00 | $13,533.00 |
| **APARTMENT** WINE CELLAR | 1.00 | SUBZERO - DEU2450W/ADA/R<br>24" DESIGNER UNDERCOUNTER ADA HEIGHT WINE STORAGE - RIGHT HINGED | $3,189.00 | $3,189.00 |
| **GARAGE + SPEAKEASY** ICE MAKER | 2.00 | SUBZERO - UC-15IP<br>15" ICE MAKER WITH PUMP - LEFT HINGED | $4,739.00 | $9,478.00 |
| **GARAGE** BEVERAGE CENTER | 2.00 | SUBZERO - DEU2450BG/ADA<br>24" Designer Undercounter ADA Height Beverage Center - RIGHT HINGED | $3,020.00 | $6,040.00 |
| **SPEAKEASY** WINE CELLAR | 2.00 | GAGGENAU -RW 466 765<br>24" Wine storage unit, Home Connect (1) Left Hinged + (1) Right Hinged | $10,199.00 | $20,398.00 |

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APPLIANCES: Apartment - Garage - Speakeasy**

**Delivery&Installation NOT INCLUDED*

*PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS*

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 100% (**$ 91,514.04**)*

| | |
|---|---|
| Subtotal | $86,334.00 |
| Discount Amount | $0.00 |
| Total Price | $86,334.00 |
| Tax | $5,180.04 |
| Grand Total | $91,514.04 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $91,514.04 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // OUTDOOR - Kitchen**

*Delivery&Installation NOT INCLUDED*

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% (**$ 69,640.02**)*
*Balance due upon arrival at Molteni Warehouse 50% (**$ 69,640.01**)*

| | |
|---|---|
| Subtotal | $168,895.00 |
| Discount Amount | $0.00 |
| Total Price | $168,895.00 |
| Tax | $10,133.70 |
| Grand Total | $179,028.70 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $179,028.70 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glamba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // MOLTENI&C_Delivery + Installation + Travel Expenses**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-04 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Amount |
|---|---|
| Delivery - Installation - Travel Expenses | $179,895.00 |

***Delivery&Installation of the furniture package under Molteni&C scope: Apartment - Garage - Speakeasy - Breezeway - Outdoor***

****Electrical and Plumbing Connections Operated by others***

*Payment condition:*
*Full Payment 100% (**$ 190,688.70**)*

| | |
|---|---|
| Subtotal | $179,895.00 |
| Discount Amount | $0.00 |
| Total Price | $179,895.00 |
| Tax | $10,793.70 |
| Grand Total | $190,688.70 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $190,688.70 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES:** Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE:** all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES:** Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS:** Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS:** In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

# TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // FANTINI Plumbing Fixtures: Kitchen - Bar - Speakeasy - Bathroom 01&02**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-08 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Amount |
|---|---|---|---|---|
| **APARTMENT** KITCHEN | 1.00 | FANTINI<br>Art. 53P5R051U<br>Finish:<br>Matte Gun Metal PVD<br>Four-hole kitchen mixer | $3,376.00 | $3,376.00 |
| **APARTMENT &GARAGE** BATHROOM 01&02 | 2.00 | FANTINI<br>Art. 96P57671<br>Finish:<br>Matt Gun Metal PVD<br>Wall-mount liquid soap dispenser | $1,015.00 | $2,030.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 96P57672<br>Finish:<br>Matt Gun Metal PVD<br>Wall-mount toilet brush holder | $999.00 | $999.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 93P5H845<br>Finish:<br>Matt Gun Metal PVD<br>Toilet paper holder<br>for horizontal and vertical installation | $686.00 | $686.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 91P58402U<br>Finish:<br>Matt Gun Metal PVD<br>Flush actuator plate - Round buttons | $2,058.00 | $2,058.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI Art. 53P5R007WU<br>Finish:<br>Matte Gun Metal PVD<br>Three-hole washbasin mixer | $2,347.00 | $2,347.00 |

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL. REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // FANTINI Plumbing Fixtures: Kitchen - Bar - Speakeasy - Bathroom 01&02**

| | | | | |
|---|---|---|---|---|
| **APARTMENT** BATHROOM 01 | 3.00 | FANTINI<br>Art. 86P59248U<br>Finish:<br>Matt Gun Metal PVD<br>Wall-mount round adjustable body spray | $462.00 | $1,386.00 |
| **APARTMENT** BATHROOM 01 | 4.00 | FANTINI<br>Art. 53P5R791BU+1900D391AU<br>Finish:<br>Matte Gun Metal PVD<br>3/4" Volume control | $1,561.00 | $6,244.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 87P5R700BU+1900D400AU<br>Finish:<br>Matte Gun Metal PVD<br>3/4" Thermostatic shower mixer without volume control | $2,702.00 | $2,702.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 53P5R043U<br>Finish:<br>Matt Gun Metal PVD<br>Wall-mount handshower set | $1,451.00 | $1,451.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 7900K101<br>Control board for Acquafit | $1,580.00 | $1,580.00 |
| **APARTMENT** BATHROOM 01 | 1.00 | FANTINI<br>Art. 79P5K021U<br>Finish:<br>Matt Gun Metal PVD<br>ACQUAFIT DREAM Ceiling-mount rectangular multifunction showerhead | $10,239.00 | $10,239.00 |
| **APARTMENT** BATHROOM 01 | 2.00 | FANTINI<br>Art. 93P5H808<br>Finish:<br>Matt Gun Metal PVD<br>Wall-mount hook | $524.00 | $1,048.00 |
| **APARTMENT &GARAGE** BATHROOM 01&02 | 2.00 | FANTINI<br>Art. 91P5W095U<br>Finish:<br>Matt Gun Metal PVD<br>1 1/4" Universal Push-up drain | $341.00 | $682.00 |
| **GARAGE** BAR | 2.00 | FANTINI<br>Art. 53P5R551U<br>Finish:<br>Matte Gun Metal PVD<br>Three-hole kitchen mixer | $3,491.00 | $6,982.00 |
| **GARAGE** BATHROOM 02 | 1.00 | FANTINI<br>Art. 53P5R013BU+4400R010AU<br>Finish:<br>Matte Gun Metal PVD<br>Wall-mount three-hole washbasin mixer with extended spout | $3,641.00 | $3,641.00 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // FANTINI Plumbing Fixtures: Kitchen - Bar - Speakeasy - Bathroom 01&02**

***PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
100% PAYMENT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 100% (**$ 50,298.06**)*

| | |
|---|---|
| Subtotal | $47,451.00 |
| Discount Amount | $0.00 |
| Total Price | $47,451.00 |
| Tax | $2,847.06 |
| Grand Total | $50,298.06 |
| Total of Payments | $0.00 |
| Retainer Credit | $0.00 |
| Balance Due | $50,298.06 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE**: all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES**: Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS**: Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS**: In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS:** Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM:** This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT - Kitchen + Bathroom + Panels&Doors**

| | | | |
|---|---|---|---|
| Quote No. | WA-DS-00202-01 | Document Date | 1/25/2025 |
| Salesperson | Eugenio Gelao | Expiration Date | 1/31/2025 |
| Bill To Name | Deja Glemba | Ship To Name | Deja Glemba |
| Bill To | 1019 Pennsylvania 519<br>Eighty Four, PA 15330<br>US | Ship To | TBD<br>Eighty Four, PA 15330<br>US |
| Payment Terms | 50% Deposit with Purchase Order, 50% Due before Delivery to Site | | |
| Phone | 724.809.0409 | | |
| E-mail | deja.glemba@84lumber.com | | |

| Product | Quantity | Line Description | Sales Price | Selling Discount | Amount |
|---|---|---|---|---|---|
| MOLTENI&C Kitchen | 1.00 | KITCHEN<br>- Cabinets<br>- LED lights<br>- Drawers Internal Accessories<br>- Super White Marble Countertops & Sides | $289,188.68 | 25.00% | $216,891.51 |
| MOLTENI&C Bathroom | 1.00 | BATHROOM VANITY 01<br>- Cabinet<br>- LED lights<br>- Super White Marble Sink<br>- Super White Marble Backsplash<br>- Mirror with Pewter Frame<br>- Towel Holder | $65,823.60 | 25.00% | $49,367.70 |
| MOLTENI&C Panels&Doors System | 1.00 | ARIAL Panels&Doors System<br>- Sunrise Oak Fixed Panels<br>- Sunrise Oak Full Height Doors with integrated "Superquadro" Handles with latch<br>- Vetrical Pewter Trims | $83,870.00 | 25.00% | $62,902.50 |

SIGNATURE: *Deja Glemba* DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# Molteni&C

MOLTENI GEORGETOWN LLC
GEORGETOWN FLAGSHIP STORE
3306 M Street NW, Washington D.C.20007
Infodc@moltenigroup.com
+1 (202) 559 4448

**QUOTE // APARTMENT - Kitchen + Bathroom + Panels&Doors**

***Appliances NOT INCLUDED***
***Delivery&Installation NOT INCLUDED***
*****Stones INCLUDED***

**TERMS NON CANCELLABLE PER TERMS & CONDITIONS OF SALE.**
50% DEPOSIT REQUIRED TO PLACE ORDER
CLIENT TO VERIFY ELEVATOR DIMENSIONS
AND ACCESSIBILITY PRIOR TO DELIVERY.

*Payment condition:*
*With order 50% (**$ 119,455.71**)*
*Balance due upon arrival at Molteni Warehouse 50% (**$ 119,455.70**)*

**PLUMBING&ELECTRICAL CONNECTIONS OPERATED BY OTHERS**

| | |
|---|---|
| Subtotal | $438,882.28 |
| Discount Amount | $109,720.57 |
| Total Price | $329,161.71 |
| Tax | $19,749.70 |
| Grand Total | $348,911.41 |
| Total of Payments | $0.00 |
| Retainer Credit | ($110,000.00) |
| Balance Due | $238,911.41 |

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

SIGNATURE: Deja Glemba DATE: 01 / 27 / 2025

**ORDERS ARE NON-CANCELLABLE. THE DEPOSIT IS NOT REFUNDABLE. ORDER SUBJECT TO ALL TERMS & CONDITIONS.**
**CLIENT TO VERIFY ELEVATOR DIMENSIONS & ACCESSIBILITY. WALK-UPS WILL BE AN EXTRA FEE.**
ALL GOODS ARE SOLD FOB NY AND ARE SHIPPED AT CONSIGNEE'S RISK. NO RETURN SHIPMENTS UNLESS SPECIFICALLY AUTHORIZED BY US IN WRITING. ALL ORDERS ARE SUBJECT TO DELAY OR FAILURE OF DELIVERY DUE TO STRIKES, COMPLIANCE WITH ANY ACTS OR REGULATIONS OF GOVERNMENT, ACTS OF GOD, OR ANY CAUSE BEYOND OUR CONTROL.
REFER TO REVERSE SIDE FOR FURTHER TERMS & CONDITIONS.

# TERMS AND CONDITIONS OF SALE

Each sale of products ("Products") by Unifor Inc ("Unifor") to a customer ("Customer") is expressly made conditional on Customer's assent to these terms and conditions of sale. These terms and conditions of sale together with each Unifor issued sales order (the "Sales_Order") shall constitute a binding contract between Unifor and Customer (the "Contract").

1. **PRICES**: All prices are F.O.B. our warehouse in the United States of America, and include standard carton packing. Prices do not include warehouse out-charges if applicable, shipping, storage, taxes, installation nor any charge for additional services; Customer shall be responsible for all such charges. All quotes, prices and product availability shall be valid for a period of thirty (30) days from the date of the quote.

2. **CONTRACT EFFECTIVENESS**: Customer acknowledges and agrees that the Contract shall not be effective, and production of the Products will not be processed or commence, as applicable, unless and until Customer has (i) executed a copy of this Contract, the Drawings (as defined below) and/or Specifications (as defined below), if applicable, and (ii) paid the Deposit (as defined below). In the event that the Deposit is paid by personal check, the Contract shall not be effective until the Deposit funds have cleared.

3. **ORDERS CANCELLATION AND CHANGE**: With the exception of Contracts for display Products and floor samples (collectively "Display Products") and Quickship items ("QS products") which may not be cancelled, all other Contracts may be cancelled no later than seven (7) days after payment of the Deposit, subject to a cancellation fee equal to fifteen percent (15%) of the total amount due under the Contract, including, without limitation, the purchase price of the Products, applicable taxes and similar charges, delivery/pick-up and installation fees, and all other charges part of the Sales Order (the "Contract Sum"). Notwithstanding the foregoing, a Contract that includes installation services (to be provided by Unifor or Subcontractor (as defined below)) may be cancelled without penalty to Customer within 21 days prior to the delivery date stated on the applicable Sales Order, with respect to installation services only; after such time, cancellation shall be in accordance with the above terms. No changes are permitted if the Contract requires the use of COM (as defined below) or Specifications (as defined below). Customer acknowledges and agrees that any requested changes to the Contract may give rise to additional charges and delay the proposed delivery lead time or delivery date set forth in the Sales Order

4. **TERMS AND PAYMENT**: Customer shall pay a deposit equal to fifty percent (50%) of the Contract Sum (the "Deposit") upon execution of this Contract. Payment of the balance of the Contract Sum (the "Balance") is due before delivery or pick up. Delivery or pick-up of the Products is conditioned upon Unifor's receipt of payment in full of the Balance and all other applicable charges, including the Storage Fee (as defined below), if applicable. If the Customer has paid a Retainer and the same Retainer is not expired as set forth in the Retainer Agreement, the Retainer will be applied as a credit towards the Deposit. Notwithstanding the foregoing, full payment is required upon execution of this Contract for light fixture, appliances, countertops, kitchen plumbing, accessories, artworks and COM Products (as defined below).

No payment shall be deemed to have been received until Unifor has received cleared funds. Any payment by personal check requires 15 days to clear. Payments by Customer shall be made in U.S. Dollars. If Customer fails to tender any payment due hereunder, Customer shall pay interest at the highest rate permitted by applicable law and shall be responsible for all fees and costs, including, but not limited to, the Storage Fee (if applicable) and reasonable attorneys' fees, incurred in connection with the collection of such debt.

5. **DELIVERY**: Unless otherwise requested by Customer and agreed to by Unifor in writing, delivery terms are as stated on the applicable Sales Order. Unifor reserves the right to make partial delivery of the Customer's order. Customer understands and agrees that all delivery/pick-up times set forth in the Sales Order represent approximate times and that actual delivery/pick-up times may vary as a result of events outside Unifor's control, including, but not limited to things such as strikes, weather, production times, accidents, natural disasters, unavailability of materials and other causes beyond the control of Unifor.

Unless otherwise requested by Customer and agreed to by Unifor in writing, the Delivery fee is intended to be for the all Products included in the Sales Order in one shipment. Split deliveries requested by the Customer after the execution of the Sales Order, if agreed by Unifor in writing, will be charged separately and no delivery will be performed until the above charges are paid in full.

Unless otherwise agreed to by the parties in writing, Unifor shall arrange for the delivery and inspection of the Products at the address provided by Customer (the "Job address") and delivery prices on the Sales Order are limited to curbside delivery or elevator service only. Customer must measure elevators, hallways, doorways, etc. to ensure that they can accommodate delivery of the Products. Customer is liable and agrees to pay for any extra charges related to any misinformation provided to Unifor.

In case of Customer pick up at Unifor's location (warehouse or showroom) and unless otherwise agreed by the parties in writing, the Customer agrees to pay to Unifor a handling fee.

6. **STORAGE FEES**: Customer shall be responsible for and agrees to pay to Unifor a storage fee equal to the greater of (i) a minimum fee of $75.00 per month (the "Storage Fee"); or (ii) the actual cost charged by the warehouse, which shall be invoiced to and paid by Customer on a monthly basis, starting thirty (30) days after the Products are ready for delivery/pick-up. Unifor shall not deliver or allow pick-up of the Products until the Balance and any outstanding invoices for the Storage Fee have been paid in full by the Customer.

7. **RETURNS AND EXCHANGE**: all Contracts are **FINAL**. Except as otherwise set forth herein, no Product may be returned or exchanged without Unifor's prior written consent.

8. **MATERIALS AND SAMPLES**: Color tones, patterns and textures of fabrics, leathers, woods, stone, marble, glass or other materials (collectively the "Materials") may vary between items and within an individual piece due to natural and production differences. For example, by its nature, marble may present small holes and incisions, which do not affect its quality or structural strength. Marble is porous and has poor resistance to acidic substances, and contact with liquids may cause marble to stain. Unifor is not responsible for any damage to marble Products which results from Customer's failure to exercise proper product care. Certain Materials may change in color over time and with exposure to light and the elements, Unifor will not accept claims or returns for the minor variations and imperfections described herein. Customer acknowledges and agrees that where a sample of a Product has been shown to and/or inspected by Customer, or viewed on a catalogue, brochure or similar materials, the sole purpose of doing so was to enable Customer to inspect the Product and the provision of such sample does not constitute a sale by sample, a representation, guaranty and/or warranty that the Products sold to Customer will conform to the sample and Unifor expressly disclaims all liability with respect to the provision of such sample.

9. **DRAWING AND DESIGNS**: Customer acknowledges and agrees that any drawings and/or designs created by Unifor (collectively, "Drawings") along with any other rights related thereto shall be and shall remain the sole and exclusive property of Unifor. Customer further agrees not to use any such Drawings for any reason, including in connection with the purchase or manufacture of products from or by anyone other than Unifor, without first receiving the express written consent of Unifor.

10. **CUSTOMER SPECIFICATIONS AND MATERIALS**: In the event that any Products are manufactured from patterns, plans, drawings, measurements or specifications (collectively referred to herein as "Specifications") furnished by Customer, Customer must provide such Specifications to Unifor in writing and Customer shall indemnify, defend and hold Unifor harmless from all loss, damage, claims, actions, fines and any other expense, including reasonable attorney's fees and expenses arising from or relating to such Specifications, including but not limited to claims brought by a third-party with respect to their intellectual property rights. Unifor may rely on the Specifications to perform its obligations hereunder and, to the extent that

INITIALS DRG

## TERMS AND CONDITIONS OF SALE

Unifor complies with the Specifications, Customer shall have no claims outside the warranty provided hereunder with respect to Products manufactured based on the Specifications. Unifor may, in its sole discretion, authorize Customer to provide its own fabric or other Customer-owned material (collectively "COM") to be used in the manufacture of eligible Product(s) in accordance with Customer's Specifications. Eligible Products are only Upholstery Products. Customer shall provide any COM to Unifor in a timely fashion, and Unifor shall not be held responsible for delays caused by the Customer's failure to provide Specifications or COM as required hereunder. Customer shall be responsible for providing COM of suitable quality, in quantity sufficient to ensure that it may be used in the manufacture of the relevant Product(s). Unifor is not responsible for the Product's appearance, durability, color fastness or any other quality issues which arise from or relate to the COM. If Unifor determines, in its sole discretion, that the COM is not of suitable quality, does not conform to Unifor's production standards or brand image, is an incorrect size or quantity, etc., and Unifor believes it cannot use the COM in the manufacture of the Product(s), Unifor shall have the right to refuse to use the COM in the manufacture of the Product(s).

11. **CLAIMS:** Upon receipt of the Products, Customer, or such other person accepting delivery at the Job Address (as defined below) or picking up the Products at a Unifor Location (as defined below), shall carefully inspect the Products for completeness and integrity. Any quantity discrepancies, defects, damage or other non-conformity must be noted immediately in the form of a completed and signed inspection receipt (the "Delivery Ticket") provided by the delivery agent or, if the Products are picked up by Customer at a Unifor Location, at the Unifor Location at the time of pick-up. Any claim must be communicated to Unifor within 24 hours of delivery or pick up. Failure to make a claim according to this Contract shall constitute an irrevocable acceptance of the Products by Customer.

12. **INSTALLATION:** In the event that the Customer has contracted with Unifor for the installation of the Products by either Unifor or a third-party hired by Unifor ("Subcontractor"), the following additional terms and conditions shall apply:

Customer represents and warrants, and shall ensure, that the Job Address is accurately built and ready for the installation of the Products, including cover of the floors and other parts. Customer represents and warrants to Unifor that all systems, including without limitation plumbing and electrical systems, in place at the Job Address are compatible with the Products. Customer shall ensure that the working area is clean, clear of debris or any other materials that may prevent installation of the Products, and that Unifor or Subcontractor have clear, safe and uninterrupted access to the Job Address in order to perform the installation. Customer represents and warrants that all measurements and/or Specifications provided to Unifor are correct are true, complete and accurate, and that Unifor may rely on the same in connection with its obligations hereunder. If Customer requires Unifor to take measurement, Unifor reserves the right to charge the Customer for this job. Customer shall promptly notify Unifor of any changes in conditions, anomalies or defective conditions found at the Job Address that may affect installation of the Products, and Customer acknowledges and agrees that Unifor shall not be liable for any delay in installation caused by any such conditions.

Unifor is responsible of posing appliances only if those are part of the Sales Order. Under no circumstances Unifor is responsible to install nor connect the appliances to the electric or plumbing system.

Customer represents and warrants that it shall be responsible for obtaining and assuming all costs related to any and all necessary building permits, all local, municipal and/or state approvals, related to the installation of the Products. Unifor shall not be responsible for any site conditions or for the conditions of existing appliances and, by way of example only, Unifor shall not be responsible in the event installation is impossible as a consequence of uneven floors or levels, inaccurate measurements provided by Customer, variations in size, design or shape of walls, appliances, plumbing or by any other condition not expressly disclosed to Unifor in a timely manner. Unifor shall not be responsible for the installation of electrical or plumbing fixture. If such fixtures are included in Customer's order, Unifor shall only be responsible for supplying the fixtures and Customer shall be responsible for any necessary electrical and plumbing work and related permits. Unifor shall not be responsible for any condition or damage caused to or resulting from the electrical and plumbing systems of the Job Address. Customer shall be fully responsible for the supply of electricity and water to the Job Address and all costs related thereto, including any need for increased electric power in connection with the installation and/or use of the Products.

13. **PHOTOGRAPHS**: Unifor shall have the right to take photographs of the installed Products at the Job Address, and to use such photographs, without limitation, as sample of Unifor's, work in advertising and marketing materials.

14. **WARRANTIES:** Except as otherwise set forth herein, Products are sold only with the 2-Years Limited Warranty described in this section. Third party Products sold by Unifor are subject only to those warranties extended by such third parties. Except where prohibited by law or as otherwise provided herein, Unifor hereby expressly disclaims all warranties either express or implied, including without limitation, the implied warranties of merchantability, fitness for a particular purpose and noninfringement. Unifor personnel is not authorized to alter these warranties.

Unifor warrants that its Products are free from material defects in materials and workmanship, excluding the specific limitations set forth below for a period of two (2) years from the date the Products are available for delivery/pick-up. If Unifor, after reasonable Inspection deems a Product defective as a result of a defect in materials or workmanship, Unifor, in its sole option, shall repair or replace, subject to availability, the defective Product at no cost to the Customer. In case of a replacement, a lead time of 12-16 weeks may apply. If identical materials are not available at the time of repair or replacement, Unifor may, at its sole option, substitute materials of comparable quality or refund Customer money. Any alteration by Customer of goods sold shall render this warranty void. This warranty shall not apply to Display Products, clearance merchandise, Products sld "as is" or Products with some irregularity or cosmetic defect in the wood, fabric or other material that occurred on the showroom floor. This limited warranty extends only to the Customer and shall not cover defects or damages resulting from (i) accident, misuse, abuse, neglect, unusual physical stress, alteration (including, but not limited to purchaser-applied finishes), improper operation, maintenance, handling or installation of the Product(s); (ii) incorrect or inadequate maintenance, repair, cleaning or care; (iii) normal wear and tear of the Product(s), including, but not limited to, discoloration, natural weathering of finishes or other cosmetic changes; (iv) loss of functionality of the Product(s) in highly corrosive environments or due to exposure to conditions beyond performance and design specifications; or (v) an act of God, fire, earthquake, flood, high wind, war, strikes or other causes beyond Unifor's reasonable control. Appliance warranties shall be limited only to the manufacturer's specifications for quality, design, dimensions, function and installation. Customer's sole remedy and recourse is limited to claims against the manufacturer, and Customer shall have no claim relative to such appliances against Unifor.

15. **APPLICABLE LAW AND FORUM**: This contract shall be governed by the laws of the State of New York without regard to conflicts of law rules. Any disputes hereunder shall be resolved in the courts of the State of New York, County of New York.

AKNOWLEDGED AND AGREED:

Customer

Print Name: Deja Glemba

Signature: Deja Glemba

Date: 01/27/2025

TRAMO
TRAMO AT HOME | NEW YORK
ART IN MOTION

# Invoice

| DATE | TERMS |
|---|---|
| 12/12/2024 | Days |

99 New Hook Road
Bayonne, NJ. 07002
Phone: 201-258-3840
Fax: 201-339-0123

| INVOICE # | DUE DATE |
|---|---|
| TAHNY112323 | 12/13/2024 |
| Related to: | |

**BILL TO:**
84 LUMBER COMPANY

**DELIVERY TO:**

**NOTES:**
DECEMBER STORAGE FOR 7 BIG CRATES + OTHER PIECES.

| DESCRIPTION | QTY | PRIMARY | SECONDAR | SIDEMARK # |
|---|---|---|---|---|

| CHARGE | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 40600 Storage | 30.00 | 137.50 | 4,125.00 |

| | |
|---|---|
| **Total USD** | 4,125.00 |
| **Payments / Credits** | 0.00 |
| **Balance Due USD** | 4,125.00 |

Thank you! We Appreciate Your Business!
Email: techsupport@tramoathome.com

**Carrier is limited to 60 cents per pound unless shipper requests a higher declared value.
A late fee of 1.5%, or $10 (whichever is greater) will be assessed to all unpaid balances over 30 days past due.**

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448 Email:
infodc@moltenidada.com

**RETAINER AGREEMENT**

**Date**
05.20.2024

**Project**
PENNSYLVANIA
KITCHEN + WALK-IN CLOSET

**Order #**
WA-DS-00133-01 + WA-MS-00134-01

**Contact**
Nazanin Izadi // Nazanin_Izadi@gensler.com
Nestor Santa-Cruz // Nestor_Santa-Cruz@gensler.com

**Company**
GENSLER

**Phone**
+1 202.721.6429

**Sales Representative**
Eugenio Gelao

Client agrees to pay **$15,000.00** for the design of the following spaces:
- KITCHEN AREA
- WALK-IN CLOSET

For the fee as set forth, Unifor Inc. d/b/a/ Molteni&C – Dada will create a design and layout for the client based upon their desires and needs within the available space. It is understood that the original drawings and design will remain the property of Unifor Inc. d/b/a Molteni&C - Dada.
The Retainer shall be earned by Unifor Inc. d/b/a Molteni&C - Dada upon delivery of the drawings and design. The Client is not obligated to purchase cabinetry and/or loose furniture from Unifor Inc. d/b/a Molteni&C – Dada, however, if the Client and Unifor Inc. d/b/a Molteni&C - Dada enter into a Purchase Agreement for the project, the Retainer shall be applied as a credit to the Purchase Agreement. The retainer is not refundable should the client decide not to proceed with the order.
Official offers for additional services or adjustments to the project scope will be reviewed every 8 months from the date of signing this agreement. The Sales Representative reserves the right to update pricing lists periodically to reflect changes in market conditions, material costs, or other relevant factors. Any changes to pricing will be communicated to the Client.
This agreement constitutes the entire understanding between the parties and supersedes all prior agreements, whether written or oral.
Both parties hereby acknowledge that they have read and understood the terms of this agreement and agree to be bound by them.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## RETAINER AGREEMENT

**Date**
05.20.2024

**Project**
PENNSYLVANIA
KITCHEN + WALK-IN CLOSET

**Order #**
WA-DS-00133-01 + WA-MS-00134-01

**Contact**
Nazanin Izadi // Nazanin_Izadi@gensler.com
Nestor Santa-Cruz // Nestor_Santa-Cruz@gensler.com

**Company**
GENSLER

**Phone**
+1 202.721.6429

**Sales Representative**
Eugenio Gelao

Client agrees to pay **$15,000.00** for the design of the following spaces:
- KITCHEN AREA
- WALK-IN CLOSET

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: UNIFOR INC. d/b/a MOLTENI & C - DADA.

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE****

ACCEPTED BY: ........................................................................... DATE:
(Purchaser or Agent)

ACCEPTED BY: ........................................................................... DATE:
(Unifor Inc. d/b/a Molteni&C - Dada)

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448 Email:
infodc@moltenidada.com

**RETAINER AGREEMENT**

**Date**
11.22.2024

**Project**
MH GARAGE APT

**Order #**
WA-DS-00202-01

**Contact**
DEJA GLEMBA

**Company**
PRIVATE CLIENT

**Phone**
724.809.0409

**Sales Representative**
EUGENIO GELAO

Client agrees to pay **$100,000.00** for the design of the following spaces:

- TOTAL PROJECT

For the fee as set forth, Unifor Inc. d/b/a/ Molteni&C – Dada will create a design and layout for the client based upon their desires and needs within the available space. It is understood that the original drawings and design will remain the property of Unifor Inc. d/b/a Molteni&C - Dada.
The Retainer shall be earned by Unifor Inc. d/b/a Molteni&C - Dada upon delivery of the drawings and design. The Client is not obligated to purchase cabinetry and/or loose furniture from Unifor Inc. d/b/a Molteni&C – Dada, however, if the Client and Unifor Inc. d/b/a Molteni&C - Dada enter into a Purchase Agreement for the project, the Retainer shall be applied as a credit to the Purchase Agreement. The retainer is not refundable should the client decide not to proceed with the order.
Official offers for additional services or adjustments to the project scope will be reviewed every 8 months from the date of signing this agreement. The Sales Representative reserves the right to update pricing lists periodically to reflect changes in market conditions, material costs, or other relevant factors. Any changes to pricing will be communicated to the Client.
This agreement constitutes the entire understanding between the parties and supersedes all prior agreements, whether written or oral.
Both parties hereby acknowledge that they have read and understood the terms of this agreement and agree to be bound by them.

Molteni&C

MOLTENI GEORGETOWN LLC
3306 M Street Northwest
Washington, DC 20007
Phone: +1 202 559 4448
Email: infodc@moltenidada.com

## RETAINER AGREEMENT

**Date**
11.22.2024

**Project**
MH GARAGE APT

**Order #**
WA-DS-00202-01

**Contact**
DEJA GLEMBA

**Company**
PRIVATE CLIENT

**Phone**
724.809.0409

**Sales Representative**
EUGENIO GELAO

Client agrees to pay **$100,000.00** for the design of the following spaces:

- TOTAL PROJECT

PAYMENT INFORMATION

**BY CHECK**: PLEASE MAKE ALL CHECKS PAYABLE TO: Molteni Georgetown LLC

[redacted]

****PLEASE BE SURE TO REFERENCE YOUR ORDER NUMBER ON REMITTANCE (WA-DS-00202-01)****

ACCEPTED BY: ........................................................................... DATE:
(Purchaser or Agent)

ACCEPTED BY: ........................................................................... DATE:
(Unifor Inc. d/b/a Molteni&C - Dada)

# EXHIBIT B

ECKERT SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

David G. Meredith
412-566-6056
dmeredith@eckertseamans.com

December 17, 2025

**BY E-MAIL & First Class Mail**

Molteni Georgetown, LLC, d/b/a Molteni & C
Attn: Eugenio Gelao
3306 M. Street Northwest
Washington, DC 20007
Eugenio.Gelao@moltenigroup.com

**Re: Nemacolin and West Chester Projects**

Dear Mr. Gelao:

Our firm has been retained to assist with the many defective work items and supplies provided by Molteni Georgetown, LLC, d/b/a Molteni & C ("Molteni") for the above-referenced projects.

Particularly, I understand there were a series of purchase orders executed with Molteni to supply and install cabinetry, fixtures, furniture, and other items for the renovation of two residential properties located at 136 Pearl Drive, Farmington, PA 15437 (the "Nemacolin Project") and 899 Denton Hollow Road, West Chester, PA 19382 (the "West Chester Project").

Despite repeated requests, Molteni failed to timely perform and has refused to correct numerous issues involving defective work and supplies for both Projects. As you are aware, the items of defective work and supplies include, but are not limited to, the following for the West Chester Project:

- Non-functional LED lighting;
- Damaged marble slabs;
- Damaged bar shelves and panels at the mini bar;
- Improper installation of cabinetry;
- Improper installation of the kitchen pocket doors; and
- Exposed wiring in the attic closet.

In addition, the following items of defective work and supplies were not timely addressed by Molteni for the Nemacolin Project:

- Defective drawers and cabinet doors;
- Malfunctioning kitchen exhaust; and
- Missing or unattached splines.

Based on Molteni's refusal to timely address the above issues, our clients have proceeded to self-perform or retain replacement contractors to repair and replace Molteni's defective work and supplies.

Notably, Molteni's purchase orders for both Projects do not comply with the requirements set forth in Pennsylvania's Home Improvement Consumer Protection Act ("HICPA"), 73 P.S. § 517.1, *et seq*. As a result, the purchase orders are not enforceable. Further, a violation of HICPA is a violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1, *et seq*, which provides that our client is consequently entitled to treble damages and its attorneys' fees.

Based on, *inter alia*, the refusal of Molteni to timely address the above defective work items and supplies, and the resulting harm and inconvenience, my clients have been materially damaged. If Molteni does not confirm in writing by December 30, 2025, that it agrees to compensate my clients for all damages caused, my clients will take prompt action to protect their rights and recover the substantial damages owed by Molteni.

Our clients reserve all rights and waive none.

Sincerely,

*David G. Meredith*

David G. Meredith